**UNITED STATES of America,** Plaintiff–Appellee

v.

**James H. BATES, Defendant–Appellant.**

No. 07–31153
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 13, 2009.

Theodore Carter, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

John H. Craft, New Orleans, LA, for Defendant–Appellant.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent James H. Bates has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bates has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

bilities herein, and the APPEAL IS DIS-MISSED.  *See* 5TH CIR. R. 42.2.